**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   RAYE A WHITE                                              Case No.: 07-10501

Debtor(s)
-------------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/12/2007.

2) The case was confirmed on 08/13/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/13/2007.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/04/2009.

5) The case was converted on 05/08/2009.

6) Number of months from filing to the last payment:  20

7) Number of months case was pending:  26

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    67,349.50

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case may not have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 33,150.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 33,150.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 2,432.96 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,932.96 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT | SECURED | 8,750.00 | 8,575.50 | 8,575.50 | 4,898.52 | 909.04 |
| COOK COUNTY TREASURE | SECURED | 2,000.00 | .00 | .00 | .00 | .00 |
| GMAC | SECURED | 30,160.00 | 27,566.35 | .00 | 4,800.00 | .00 |
| GMAC | SECURED | 2,000.00 | 6,371.20 | 2,000.00 | 172.83 | .00 |
| FASLO SOLUTIONS | SECURED | 64,015.00 | 63,902.99 | .00 | .00 | .00 |
| HOME LOAN SERVICES I | UNSECURED | 27,105.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | SECURED | 110,010.00 | 102,946.89 | .00 | 15,340.00 | .00 |
| WASHINGTON MUTUAL | SECURED | 10,000.00 | 24,186.11 | 24,186.11 | 2,090.32 | .00 |
| WILSHIRE CREDIT CORP | SECURED | 283,090.00 | 258,489.56 | .00 | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 2,500.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO CRED | UNSECURED | 3,725.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO CRED | UNSECURED | 3,995.00 | NA | NA | .00 | .00 |
| DEPENDICARE HOME HEA | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| GEMB JCPENNY | UNSECURED | 1,165.00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 515.00 | 406.04 | 406.04 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 255.00 | NA | NA | .00 | .00 |
| SEARS ROEBUCK & CO | UNSECURED | 4,485.00 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 405.00 | 304.36 | 304.36 | .00 | .00 |
| T MOBILE | UNSECURED | 755.00 | 891.19 | 891.19 | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 1,535.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 295.00 | 328.64 | 328.64 | .00 | .00 |
| CHICAGO MUNICIPAL EM | SECURED | NA | 3,847.53 | .00 | .00 | .00 |
| CHICAGO MUNICIPAL EM | SECURED | NA | 3,722.25 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FASLO SOLUTIONS | SECURED | NA | 7,857.76 | .00 | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | NA | .00 | 6.33 | 6.33 | .00 |
| WILSHIRE CREDIT CORP | SECURED | NA | 30,787.92 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | 20,140.00 | .00 |
| Mortgage Arrearage | 26,186.11 | 2,263.15 | .00 |
| Debt Secured by Vehicle | 8,575.50 | 4,898.52 | 909.04 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 34,761.61 | 27,301.67 | 909.04 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6.33 | 6.33 | .00 |
| **TOTAL PRIORITY:** | 6.33 | 6.33 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 1,930.23 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,932.96 |
| Disbursements to Creditors | $ | 28,217.04 |
| **TOTAL DISBURSEMENTS:** | $ | 33,150.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   07/27/2009                                        /s/ Tom Vaughn
                                                          Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**